**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Leidiana Dominguez and Raul Sosa, *on behalf of*
*themselves and others similarly situated in the proposed*
*FLSA Collective Action*,

<i>Plaintiffs</i>,

- against -

4 Giron Construction Inc., Rosalina Guardado,
and Efrain "Doe" a/k/a Francisco "Doe",

<i>Defendants</i>.

------------------------------------------------------------X

Case No.: 1:22-cv-04730-DLI-SJB

**CERTIFICATE OF DEFAULT**

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants 4 Giron Construction Inc. and Rosalina Guardado, have not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendants 4 Giron Construction Inc. and Rosalina Guardado is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
        June 14, 2023

BRENNA B. MAHONEY, Clerk of Court

By: *Jalitza Poveda*
     Deputy Clerk
